## (January 27, 1983)

■ In the Matter of JESSE COHEN, Also Known as JULIUS JESSE COHEN, a Disbarred Attorney. — Application by Jesse Cohen, a disbarred attorney who was admitted by this court under the name Julius Jesse Cohen, on October 20, 1954, and who was disbarred by order of this court, dated February 25, 1963, for reinstatement as an attorney and counselor at law. The matter was referred to the Committee on Character and Fitness for the Second Judicial Department, to investigate, hear and report, together with its findings on whether appellant has complied with the order of disbarment and presently possesses the character and fitness requisite for an attorney and counselor at law. The committee's report has been received and this court concurs in its report and recommendation and adopts same. The application for reinstatement is granted on condition that applicant completes a Bar review course; upon proof that the condition has been complied with, the clerk of this court is directed to restore the name of Julius Jesse Cohen to the roll of attorneys and counselors at law. Mollen, P. J., Damiani, Titone, Lazer and Brown, JJ., concur.

## (January 31, 1983)

■ BRUCE BARTON et al., Respondents, v ROBERT DESMOND, Appellant. — In a negligence action to recover damages for personal injuries, etc., defendant appeals from a judgment of the Supreme Court, Dutchess County (Jiudice, J.), entered June 12, 1981, which was in favor of the plaintiffs in the principal sum of $175,000, upon a jury verdict. Judgment reversed, on the law and the facts, without costs or disbursements, and new trial granted upon the issue of damages only, unless within 30 days after service upon the plaintiffs of a copy of the order to be entered hereon, with notice of entry, the plaintiffs shall file in the office of the clerk of the Supreme Court, Dutchess County, a written stipulation consenting to reduce the verdict on the cause of action in favor of plaintiff Rose Barton from the principal sum of $150,000 to the principal sum of $90,000 and to reduce the verdict on the cause of action in favor of plaintiff Bruce Barton from the principal sum of $25,000 to the principal sum of $10,000, and to the entry of an amended judgment accordingly, in which event the judgment as so reduced and amended is affirmed, without costs or disbursements. The findings of fact as to liability are affirmed. The verdict was excessive to the extent indicated. Gulotta, J. P., O'Connor, Brown and Boyers, JJ., concur.